THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv23

| | |
|---|---|
| GERALD ABATEMARCO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| LEGASUS OF NORTH CAROLINA, ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

After carefully reviewing the record, the Court has determined that the following matters must be addressed by the parties[1] before issues may join in this action:

(1)  Cross-Claims Against Legasus: On May 11, 2011, the Plaintiffs filed a motion for an entry of default against Legasus of North Carolina, LLC ("Legasus"). [Doc. 33]. The Clerk granted the' motion and made an entry of default against Legasus with respect to the Plaintiffs' claims on May 12, 2011. [Doc. 34]. Although Defendants Synovus Bank ("Synovus"), Michael Wolf

---

[1]This Order applies to all parties in this action, with the exception of Defendant Morlok as to whom this case is currently stayed [see Doc. 76].

("Wolf"), Theodore C. Morlok ("Morlok"), and Marilyn McCoy Woods ("Woods") have asserted Cross-Claims against Legasus [Docs. 27, 36, 66, 67], entry of default has not been sought with respect to any of these Cross-Claims.

(2) <u>Claims and Cross-Claims Against Klorfein</u>: Stephen R. Klorfein, the personal representative of the Estate of Robert A. Corliss ("Klorfein"), has been named as a Defendant in this action. [Doc. 1]. Additionally, Defendants Synovus, Wolf, Morlok, and Woods have asserted Cross-Claims against him. [Docs. 27, 36, 66, 67]. Although Klorfein apparently has been served with process, he has never filed an Answer or otherwise appeared in this action.

(3) <u>Cross-Claims Against Pitts</u>: Defendant James R. Pitts ("Pitts") filed a *pro se* Answer to the Plaintiffs' Complaint on June 1, 2011. [Doc. 48]. Pitts, however, has never responded to the Cross-Claims filed by Synovus, Wolf, Morlok, and Woods. [<u>See</u> Docs. 27, 36, 66, 67].

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall file such motions or take other further action as may be necessary to address the above-referenced matters no later than **March 5, 2012**.

**IT IS SO ORDERED.**

Signed: February 6, 2012

Martin Reidinger
United States District Judge

3

Case 1:11-cv-00023-MR-DLH   Document 78   Filed 02/06/12   Page 3 of 3