THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv23

GERALD ABATEMARCO, et al., )
)
               **Plaintiffs,** )
)
    vs. )    **O R D E R**
)
LEGASUS OF NORTH CAROLINA, )
LLC, et al., )
)
               **Defendants.** )
)

**THIS MATTER** is before the Court *sua sponte*.

On June 1, 2012, the Court entered an Order severing from this action all claims asserted by the Plaintiffs, with the exception of the claims asserted by the Plaintiff Gerald Abatemarco. The severed Plaintiffs were given thirty (30) days to refile their claims as separate lawsuits against the Defendant or seek dismissal of their claims. [Doc. 89].

In light of the severance of Plaintiffs' claims, the Court will require the remaining Plaintiff, Gerald Abatemarco, to file an Amended Complaint incorporating only the factual allegations and causes of action that he intends to assert in this action.

**IT IS, THEREFORE, ORDERED** that the Plaintiff Gerald Abatemarcoshall file an Amended Complaint no later than **July 2, 2012**.

**IT IS FURTHER ORDERED** that the Defendants shall have thirty (30) days from service of the Amended Complaint to answer or otherwise respond.

**IT IS SO ORDERED**.

Signed: June 11, 2012

Martin Reidinger
United States District Judge