# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:11-cv-00023-MR-DLH

| | |
|---|---|
| GERALD ABATEMARCO, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) **O R D E R** |
| LEGASUS OF NORTH CAROLINA, LLC, et al. | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the Plaintiffs/Counter-Defendants' motion for the admission of attorney James J. Holt as counsel *pro hac vice*. [Doc. 111]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the motion [Doc. 111] is **ALLOWED**, and James J. Holt is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: July 22, 2013

Dennis L. Howell
United States Magistrate Judge