**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:11-cv-00023-MR-DLH**

| | | |
|---|---|---|
| **GERALD ABATEMARCO, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **LEGASUS OF NORTH CAROLINA, LLC, et al.,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Notices of Settlement filed by the parties [Docs. 144, 145].

In light of the parties' settlement, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the parties shall have thirty (30) days from the entry of this Order in which to file stipulations of dismissal with respect to the claims and defenses between (1) Synovus Bank and Russell Wishner and David Wright and (2) Synovus Bank and Edward Wishner and Darren Wishner.

**IT IS SO ORDERED.**          Signed: January 4, 2014

Martin Reidinger
United States District Judge